1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                        EASTERN DISTRICT OF CALIFORNIA
10
11   RUBEN VALDEZ,                              1:11-cv-01603-LJO-GSA (HC)
12              Petitioner,
                                                ORDER DENYING MOTION FOR
13         vs.                                  APPOINTMENT OF COUNSEL
14   TIM VIRGA,
                                                (DOCUMENT #7)
15              Respondent.
16   _____/
17         Petitioner has requested the appointment of counsel.  There currently exists no
18   absolute right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v. Heinze,
19   258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).
20   However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage
21   of the case if "the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254
22   Cases.  In the present case, the Court does not find that the interests of justice require the
23   appointment of counsel at the present time.  Accordingly, IT IS HEREBY ORDERED that
24   Petitioner's request for appointment of counsel is denied.
25         IT IS SO ORDERED.
26     **Dated:   October 7, 2011**              _____/s/ Gary S. Austin_____
                                                UNITED STATES MAGISTRATE JUDGE
27
28