# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN VALDEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>TIM VIRGA, Warden,<br><br>　　　　　Respondent.<br>_____/ | 1:11-CV-01603 LJO GSA HC<br><br>ORDER DENYING MOTION FOR FREE COPIES OF RECORDS<br><br>[Doc. #12] |

　　　　Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On October 17, 2011, the undersigned issued an order dismissing the petition with leave to file an amended petition. On November 2, 2011, Petitioner filed the instant motion requesting free copies of all state court records. Petitioner is advised that the Court is not in possession of any of his state court records. He must make his requests to the respective state courts. Moreover, the Court does not find good cause for production of the entire state court record to Petitioner. Insomuch as the original petition consisted of 13 claims presented in 156 single-spaced pages, it appears that Petitioner possesses all of the necessary facts and information to properly present his claims in the form petition supplied by the Clerk.

　　　　Accordingly, Petitioner's motion for records is DENIED.

　　　　IT IS SO ORDERED.

　　　　Dated:　**November 8, 2011**　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE